**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| JAMES CHARLES CARROLL, SR., #02372761, | § | |
| Plaintiff, | § | Case No. 6:26-cv-347-JDK-JDL |
| v. | § | |
| CURTIS R. RUNNELS, JR., *et al.*, | § | |
| Defendants. | § | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff James Charles Carroll, Sr., a prisoner confined within the Texas prison system proceeding pro se, filed this lawsuit against Defendants pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge John D. Love for findings of fact, conclusions of law, and recommendations for disposition of the action.

On August 6, 2026, Judge Love issued a Report recommending that Plaintiff's complaint be dismissed with prejudice as frivolous and for failure to state a claim upon which relief can be granted. Docket No. 9.

A copy of the Report was sent to Plaintiff, and Plaintiff acknowledged receipt on August 20, 2026. Docket No. 10. However, Plaintiff did not file objections.

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court

examines the entire record and makes an independent assessment under the law. *Alexander v. Verizon Wireless Servs., LLC*, 875 F.3d 243, 249 (5th Cir. 2017).

Here, Plaintiff did not file any objections. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 9) as the findings of this Court. It is therefore **ORDERED** that this case is **DISMISSED with prejudice**. Any motions pending in this case are **DENIED as moot.**

So **ORDERED** and **SIGNED** this **24th** day of **September, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE